IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-02324-JLK-MEH

CHARLES T. GREEN, *et al.*,

    Plaintiffs,

v.

SEARS, ROEBUCK & CO.,

    Defendant.

## ORDER RESETTING SETTLEMENT CONFERENCE

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

    Based on the parties' agreement, the settlement conference set for this matter on November 21, 2006, at 9:30 a.m. is **vacated** and **rescheduled** to **December 1, 2006, at 10:00 a.m.** Although the conference will be set for Courtroom A-601 of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Sixth Floor, Denver, Colorado, counsel are directed to contact the Court at (303) 844-4507 prior to the settlement conference to determine whether the Court's chambers have moved to the Byron Rogers Federal Courthouse, 1929 Stout Street, Denver, Colorado.

    Counsel shall have parties present who shall have full authority to negotiate all terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency. If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority." For purposes of the present settlement conference, "full authority" means each of the three Plaintiffs and, for the Defendant, in-house counsel with authority in a range consistent with prior settlement negotiations.

    No person is ever required to settle a case on any particular terms or amounts. However, if any person attends the settlement conference without full authority, and the case fails to settle, that party may be ordered to pay the attorney's fees and costs for the other side.

    In order that productive settlement discussions can be held, counsel shall prepare and submit **two** settlement documents: one to be submitted to the other party or parties, and the other to be submitted by email only to the Magistrate Judge. The documents which are presented to opposing

counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which support that side's claims and shall present a demand or offer.  These documents should be intended to persuade the clients and counsel on the other side.

The document to be emailed to the Magistrate Judge (not submitted for filing to the court) at *Hegarty_Chambers@cod.uscourts.gov*, in accordance with the electronic filing procedures of this court, shall contain copies of the above materials, but additionally shall contain any confidential comments which counsel wishes to make, any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the magistrate in assisting the parties to negotiate a settlement.  The settlement documents shall be submitted **no later than five business days** prior to the date of the settlement conference.  If the documents to be submitted to Chambers are larger than 25-30 pages, please contact Chambers to make alternate arrangements for submission.

Please remember that anyone seeking entry into either the Alfred A. Arraj or Byron Rogers United States Courthouses will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

Dated at Denver, Colorado, this 28th day of September, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge