IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **01-cv-2324-JLK-MJW**
(consolidated with Civil Action No. **01-cv-2330-JLK-MJW**

**CHARLES T. GREEN, PHILLIP R. WENTLAND and MARILYN BREITHAUPT**,

    Plaintiffs,
and

**CURTIS McREYNOLDS**,

    Plaintiff,
v.

**SEARS, ROEBUCK & COMPANY, a New York corporation**,

    Defendants.

---

## ORDER OF DISMISSAL

**Kane, J.**

Consistent to the Stipulation for Dismissal With Prejudice (doc. #102), filed January 16, 2007, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, the parties to pay their own costs and attorney fees.

Dated at Denver, Colorado this 16th day of January, 2007.

                                    BY THE COURT:

                                    ***S/JOHN L. KANE***
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT